## ALEXIS SERAT, DIT COQUILLARD
### v.
## JAMES MAY

### 1811

#### Journal Entries

1. Withdrawal of record to supply diminution . *Journal, infra,* \*p. 363

#### Papers in File

1. Copy of J. P. record . . . . . . . . . . . . .
2. Declaration; plea . . . . . . . . . *Printed in Vol. 2*
3. Precipe for subpoena . . . . . . . . . . .
4. Subpoena for Charles Rivard . . . . . . . . . .

## IN THE MATTER OF ANTOINE DEQUINDRE,
## AN ABSENT JUROR

### 1811

#### Journal Entries

1. Order for citation . . . . . . . . *Journal, infra,* \*p. 363
2. Appearance; excused . . . . . . . . . . " 364

#### Papers in File
[None]